IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICONIX INCORPORATED, a Delaware corporation,<br><br>                Plaintiff,<br><br>  v.<br><br>ALPHA AND OMEGA SEMICONDUCTOR INCORPORATED, a California corporation,<br><br>                Defendant. | No. C 03-04803 WHA<br><br>**REQUEST FOR FURTHER INFORMATION** |

Administrative motions have been filed in C 05-01507 and C 05-3617, requesting consideration of whether the following cases should be related:

C 03-04803 WHA     *Siliconix Inc. v. Alpha and Omega Semiconductor Inc.*
C 04-00344 SI          *Siliconix Inc. v. Advanced Analogic Technologies Inc.*
C 05-01507 MHP    *Siliconix Inc. v. Denso Corp., et al.*
C 05-03617 PJH     *Siliconix Inc. v. Matsushita Electric Industrial Co., Ltd. et al.*

Civil Local Rule 3-12(a) provides that actions are related when:

  (1)  The actions concern substantially the same parties, property, transaction or event; and

  (2)  It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

As the Judge assigned to the earliest-filed case, the undersigned has evaluated the files and finds that there is insufficient information at this time to determine whether the cases are related. While the patents-in-suit are substantially the same, it is unclear whether (1) the same claims are

1  being asserted; (2) the accused products are similar; or (3) there is any risk of conflicting with
2  the claim construction order in the earliest-filed case dated September 8, 2004.
3       All interested parties are invited to submit further information, not exceeding three pages
4  each, by **OCTOBER 17, 2005**.

6       **IT IS SO ORDERED.**

7  Dated:  October 7, 2005

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE